IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR PRODUCTS AND CHEMICALS, INC. and AIR PRODUCTS MANUFACTURING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CARTER RISLEY<br><br>Defendant. | Case No. 1:24-cv-01182-JLH |

**STIPULATION REGARDING RESPONSE TO COMPLAINT**

This stipulation (the "Stipulation") is entered into between plaintiffs Air Products and Chemicals, Inc. and Air Products Manufacturing LLC ("Plaintiffs") and defendant John Carter Risley ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel.

**RECITALS**

WHEREAS, on October 22, 2024, Plaintiffs filed their complaint (the "Complaint") against Defendant;

WHEREAS, on October 23, 2024, Plaintiffs sent Defendant a Waiver of the Service of Summons, and on October 25, 2024, Defendant, who resides outside of the United States, executed the Waiver of the Service of Summons, making Defendant's response to the Complaint due on or before January 21, 2025;

WHEREAS, counsel for Plaintiffs and counsel for Defendant have conferred regarding an extension of time for Defendant to answer, move, or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, and, subject to the approval of the Court, ORDERED THAT:

1.  Defendant shall answer, move, or otherwise respond to the Complaint on or before April 21, 2025.

| | |
|---|---|
| /s/ Sarah R. Martin | /s/ Ryan P. Newell |
| Paul J. Lockwood (ID No. 3369) | Elena C. Norman (ID No. 4780) |
| Sarah R. Martin (ID No. 5230) | Ryan P. Newell (ID No. 4744) |
| SKADDEN, ARPS, SLATE, | Jason W. Rigby (ID No. 6458) |
|   MEAGHER & FLOM LLP | YOUNG CONAWAY STARGATT & |
| 920 N. King Street |   TAYLOR, LLP |
| P.O. Box 636 | 1000 North King Street |
| Wilmington, Delaware 19899-0636 | Wilmington, Delaware 19801 |
| Tel.: (302) 651-3000 | Tel.: (302) 571-6715 |
| Email: paul.lockwood@skadden.com | Email: ENorman@ycst.com |
|        sarah.martin@skadden.com |        RNewell@ycst.com |
|  |        JRigby@ycst.com |
| *Attorneys for Plaintiffs Air Products and Chemicals, Inc. and Air Products Manufacturing LLC* | *Attorneys for Defendant John Carter Risley* |

DATED: November 20, 2024

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER, 2024.

_____
JUDGE JENNIFER L. HALL