**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR PRODUCTS AND CHEMICALS, INC. and AIR PRODUCTS MANUFACTURING LLC, | C.A. No. 1:24-01182-JLH |
| Plaintiffs, | |
| v. | |
| JOHN CARTER RISLEY, | |
| Defendant. | |

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant John Carter Risley ("Defendant") submits his Answer to Plaintiffs Air Products and Chemicals, Inc. and Air Products Manufacturing LLC's Complaint filed on October 22, 2024. Any allegation not specifically admitted is denied. All capitalized terms not defined herein shall have the meanings ascribed by the Complaint; however, Defendant, by using such defined terms, does not admit to any allegations made by Plaintiffs in connection with such definitions or terms.

### SUMMARY OF THE ACTION

1.      Defendant admits that the Complaint alleges breach of contract, that World Energy operates in the sustainable fuel industry, and that Defendant is an indirect investor in World Energy. Defendant further admits that the Complaint purports to seek an order of specific performance, or in the alternative, an award of money damages, but Defendant denies that Plaintiffs are entitled to any such relief. The remaining allegations of this paragraph set forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the remaining allegations in this paragraph.

1

2.      Defendant admits, that as of the filing date of the Complaint, Air Products and World Energy were jointly engaged in the Project.  Defendant respectfully refers the Court to the "commercial agreements between Air Products and World Energy" which speak for themselves, but to the extent a response is required, denied.

3.      Defendant admits that World Energy and Air Products owe certain obligations to each other relating to the Project and that Air Products lent World Energy $270 million.  Defendant respectfully refers the Court to the "commercial agreements between Air Products and World Energy" which speak for themselves, but to the extent a response is required, denied.  This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

4.      This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

5.      Defendant admits that he holds an indirect equity interest in World Energy and that he is Canadian.  Defendant respectfully refers the Court to the Personal Guarantee, which is attached as Exhibit A to the Complaint, and which speaks for itself, but to the extent a response is required, denied.  Footnote 1 purports to be a citation to the Personal Guarantee to which no response is required.

6.      Defendant admits the Personal Guarantee was executed on July 24, 2024.  Defendant respectfully refers the Court to the Personal Guarantee, which speaks for itself, but to the extent a response is required, denied.  This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

2

7.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Defendant respectfully refers the Court to the Personal Guarantee, which speaks for itself, but to the extent a response is required, denied.

## PARTIES AND RELEVANT NON-PARTIES

8.     Defendant admits that APCI is a Delaware corporation that trades under the symbol "APD."  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies them.

9.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

10.     Defendant admits that he is citizen of Canada and resides in Halifax, Nova Scotia. Defendant further admits that he is a member of the board of directors of World Energy LLC and an indirect equity holder of World Energy.  Defendant otherwise denies the allegations in this paragraph.

11.     Defendant admits the allegations in this paragraph.

12.     Defendant admits the allegations in this paragraph.

## JURISDICTION AND VENUE

13.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendant admits that this Court has subject matter jurisdiction pursuant to 28 *U.S.C.* § 1332 because the amount in controversy exceeds $75,000 and the parties are citizens of different states.

3

14.     Solely for purposes of this action, Defendant does not contest personal jurisdiction in this District.  Footnote 2 purports to be a citation to the Personal Guarantee to which no response is required.

## FACTUAL BACKGROUND

### I.     The Project

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

18.     Defendant respectfully refers the Court to the Original Project Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

### II.    The November 2023 Transactions

19.     Defendant respectfully refers the Court to the Purchase Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

20.     Defendant respectfully refers the Court to the Purchase Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

### A.       The Master Project Agreement

21.      Defendant respectfully refers the Court to the Master Project Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

22.      This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Defendant respectfully refers the Court to the Master Project Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

23.      This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Defendant respectfully refers the Court to the Master Project Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

### B.       The Credit Facility

24.      Defendant respectfully refers the Court to the Loan Documents which speak for themselves, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

25.    Defendant respectfully refers the Court to the Loan Documents which speak for themselves, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

26.    Defendant respectfully refers the Court to the Loan Documents which speak for themselves, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

27.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Defendant respectfully refers the Court to the Credit Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

28.    Defendant respectfully refers the Court to the Security Agreement, which speaks for itself, but to the extent a response is required, denied.  Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

29.    Defendant respectfully refers the Court to the Loan Documents and the Master Project Agreement which speak for themselves, but to the extent a response is required, denied. Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

### III.    World Energy's Defaults

30.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

31.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

32.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

33.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph and the corresponding table.

### IV.    Negotiation of the Personal Guarantee

34.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

35.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

36.    Defendant admits the allegations in the first sentence of this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this paragraph, and therefore denies them.

37.    Defendant admits the allegations in this paragraph.

38.     Defendant admits the allegations in the first sentence in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies them.

39.     Defendant respectfully refers the Court to the Forbearance Agreement, the Credit Agreement Amendment, and the Personal Guarantee which speak for themselves, but to the extent a response is required, denied.

40.     Defendant admits that the Personal Guarantee was not executed by July 9, 2024. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies the remaining allegations.

41.     Defendant admits the Personal Guarantee was executed on July 24, 2024. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies the remaining allegations.

V.    **The Personal Guarantee**

A.    **Guaranteed Obligations**

42.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Defendant respectfully refers the Court to the Personal Guarantee, which speaks for itself, but to the extent a response is required, denied.  Footnotes 3-6 purport to be citations to the Personal Guarantee to which no response is required.

B.    **Nature of the Personal Guarantee**

43.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Defendant respectfully refers the Court to the Personal Guarantee, which speaks for

8

itself, but to the extent a response is required, denied. Footnotes 7-11 purport to be citations to the Personal Guarantee to which no response is required.

44.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph. Defendant respectfully refers the Court to the Personal Guarantee, which speaks for itself, but to the extent a response is required, denied. Footnotes 12-17 purport to be citations to the Personal Guarantee to which no response is required.

45.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph. Defendant respectfully refers the Court to the Personal Guarantee, which speaks for itself, but to the extent a response is required, denied. Footnote 18 purports to be a citation to the Personal Guarantee to which no response is required.

**C.     Limited Conditions and Exceptions to Risley's Obligations Under the Personal Guarantee**

46.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

47.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph. Footnotes 19–20 purport to be citations to the Personal Guarantee to which no response is required.

48.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this

paragraph.  Footnote 21 purports to be a citation to the Personal Guarantee to which no response is required.

49.      This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Footnote 22 purports to be a citation to the Personal Guarantee to which no response is required.

**D.      Procedure for Demanding Payment Under the Personal Guarantee**

50.      This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Defendant respectfully refers the Court to the Personal Guarantee, which speaks for itself, but to the extent a response is required, denied.  Footnotes 23-25 purport to be citations to the Personal Guarantee to which no response is required.

**E.      Risley's Breach of the Personal Guarantee**
     *(i)        Air Products' Written Demand for Payment*

51.      This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

52.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

53.      Defendant admits that he received the demand but denies the remaining allegations in this paragraph.

(ii)    ***Risley's Liability for the Payment Demanded***

(a)    *Calculation of the Amount Due*

54.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

55.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

56.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

57.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Footnote 26 purports to be a citation to the Personal Guarantee to which no response is required.

(b)    *Satisfaction of Limited Conditions to Risley's Obligation to Pay*

58.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

59.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

60.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

*(iii)*     ***Risley's Failure to Pay as and When Required***

61.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

62.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

## COUNT ONE
### (Breach of
### Contract)

63.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

64.     This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

65.      This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.  Footnote 27 purports to be a citation to the Personal Guarantee to which no response is required.

66.     Defendant denies the first sentence of this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this paragraph, and therefore denies the second sentence.  Further, the second sentence

of this paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

67.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

68.    This paragraph sets forth argument and legal conclusions to which no response is required, but to the extent a response is required, Defendant denies the allegations in this paragraph.

## ANSWER TO PLAINTIFFS' PRAYER FOR RELIEF

These paragraphs set forth the statement of relief requested by Plaintiffs and legal conclusions to which no response is required. Defendant denies any allegations contained in the Prayer for Relief to which a response is required.

Defendant denies each and every allegation of Plaintiffs' Complaint not specifically admitted or otherwise responded to above. Defendant further denies that Plaintiffs are entitled to any relief whatsoever of any kind against Defendant as a result of any act of Defendant or any person or entity acting on behalf of Defendant.

## AFFIRMATIVE DEFENSES

Defendant, without assuming any burden of proof he would otherwise have, asserts the following defenses. To the extent any of the defenses, in whole or in part, relates to or negates an element of Plaintiffs' claims, Defendant in no way relieves Plaintiffs of their burden on that element. All defenses are pled in the alternative and do not constitute an admission of liability or that the Plaintiffs are entitled to any relief whatsoever. Defendant reserves any and all rights under the Federal Rules of Civil Procedure to assert additional defenses and/or counterclaims as

additional facts are learned or present themselves during discovery or otherwise during the course of these proceedings.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claim is barred because World Energy is not in breach of the agreements on which Defendant's obligations under the Personal Guarantee are entirely based.  Since World Energy did not fail to perform its obligations under those agreements and has disputed all allegedly due amounts in accordance with the terms of those agreements, Defendant has no payment obligation under the Personal Guarantee.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claim is barred, in whole or in part, by the doctrines of waiver, estoppel, and/or acquiescence.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claim is barred, in whole or in part, by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have sustained no damage, injury, or loss and, to the extent Plaintiffs have suffered any loss, they have failed to mitigate any damages.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claim is barred, in whole or part, based on their failure to perform obligations under written agreements, and because such failure was substantial, material, and struck at the essence of the respective agreements.

**WHEREFORE**, Defendant respectfully requests the Court enter judgment in his favor and dismiss the Complaint with prejudice in its entirety, together with an award of attorneys' fees, costs, disbursements, and such other relief as the Court deems just and appropriate.

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Ryan P. Newell*
Ryan P. Newell (No. 4744)
Jason W. Rigby (No. 6458)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rnewell@ycst.com
jrigby@ycst.com

Dated:  April 21, 2025

*Attorneys for Defendant John Carter Risley*