IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AIR PRODUCTS AND                          :
CHEMICALS, INC. and                       :
AIR PRODUCTS                              :   C.A. No. 1:24-01182-JLH-CJB
MANUFACTURING LLC,                        :
                                          :
              Plaintiffs,                 :
                                          :
     v.                                   :
                                          :
JOHN CARTER RISLEY,                       :
                                          :
              Defendant.                  :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 27, 2025, a copy of the following was served on the counsel listed below in the manner indicated:

1) *Plaintiff Air Products and Chemicals, Inc. and Air Products Manufacturing LLC's Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Disclosures, Including Discovery of Electronically Stored Information ("ESI")*.

**BY EMAIL**:
Lauren Dunkle Fortunato
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19081
Tel: +1 (302) 571-6624
lfortunato@ycst.com

PLEASE TAKE FURTHER NOTICE that on June 30, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Dated: Wilmington, DE
       June 30, 2025

Respectfully submitted,

<u>/s/ Paul J. Lockwood</u>
Paul J. Lockwood (ID No. 3369)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
920 N King St, Wilmington, DE 19801
Phone: (302) 651-3000
Fax:    (302) 574-3100
paul.lockwood@skadden.com

*Attorneys for Plaintiffs Air Products and Chemicals, Inc. and Air Products Manufacturing LLC*