# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR PRODUCTS AND CHEMICALS, INC. and AIR PRODUCTS MANUFACTURING LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOHN CARTER RISLEY,<br><br>            Defendant. | C.A. No. 24-01182-JLH-CJB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Sarah R. Martin, who is no longer associated with the undersigned firm, is withdrawn, pursuant to D. Del. L.R. 83.7, as counsel for Plaintiffs Air Products and Chemicals, Inc. and Air Products Manufacturing LLC (the "Plaintiffs"), in the above-captioned action. All other attorneys involved in the case from Skadden, Arps, Slate, Meagher & Flom LLP will continue to represent the Plaintiffs.

*/s/ Paul J. Lockwood*
Paul J. Lockwood (ID No. 3369)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
920 North King Street,
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000

DATED: July 10, 2025

*Attorneys for Plaintiffs*