**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

Ryan P. Newell
P 302.571.6715
rnewell@ycst.com

October 10, 2025

VIA CM/ECF

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street, Room 2325
Wilmington, DE 19801-3555

    Re:    *Air Products and Chemicals, Inc. et al. v. Risley*,
              C.A. No. 1:24-cv-01182-JLH-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by Zoom) on October 6, 2025:

| | |
|---|---|
| **Delaware Counsel:** | John Reed (DLA Piper LLP (US)) for Plaintiffs Air Products and Chemicals, Inc. and Air Products Manufacturing LLC ("Air Products") |
| | Ryan P. Newell and Jason W. Rigby (Young Conaway Stargatt & Taylor, LLP) for Defendant John Carter Risley ("Mr. Risley") |
| **Lead Counsel:** | Michael Hynes (DLA Piper LLP (US)) for Air Products |
| | Ryan P. Newell and Jason W. Rigby (Young Conaway Stargatt & Taylor, LLP) for Mr. Risley |

The disputes requiring judicial attention are listed below:

- Mr. Risley moves to compel Air Products to provide non-privileged documents concerning Mr. Risley's affirmative defenses. (*See* Request for Production Nos. 5, 9, 15, 16, 17, 18, 19, 20, and 21.)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
October 10, 2025
Page 2

- Mr. Risley moves to compel Air Products to supplement its interrogatory answers concerning Mr. Risley's affirmative defenses. (*See* Interrogatory Nos. 3, 6, 7, 8, and 10.)

Respectfully,

/s/ *Ryan P. Newell*

Ryan P. Newell (No. 4744)

cc: All Counsel of Record (by CM/ECF)