

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, DE 19801
www.dlapiper.com

John L. Reed
john.reed@us.dlapiper.com
T   302.468.5635
F   302.397.2143

October 17, 2025
*VIA CM/ECF*

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street, Room 2325
Wilmington, DE 19801-3555

Re:   *Air Products and Chemicals, Inc. et al v. Risley*, C.A. No. 1:24-cv-01182-JLH-CJB

Dear Judge Burke:

The parties in the above-referenced matter write (1) to request the scheduling of a teleconference and (2) to seek guidance as set forth in the last paragraph of this letter.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by Zoom) on October 15, 2025:

**Delaware Counsel**:   John Reed (DLA Piper LLP (US)) for Plaintiffs Air Products and Chemicals, Inc. and Air Products Manufacturing LLC ("Air Products")

Ryan P. Newell and Jason W. Rigby (Young Conaway Stargatt & Taylor, LLP) for Defendant John Carter Risley ("Mr. Risley")

**Lead Counsel**:   Michael Hynes (DLA Piper LLP (US)) for Air Products

Ryan P. Newell (Young Conaway Stargatt & Taylor, LLP) for Mr. Risley

Without waiving any rights or arguments, Mr. Risley does not oppose Air Products requesting leave to file a motion for summary judgment pursuant to Paragraph 12(a) of the Scheduling Order.  Toward that end, Air Products will file an unopposed motion seeking leave to file a motion for summary judgment.



The Honorable Christopher J. Burke
Page Two

The dispute requiring judicial attention is listed below:

- Air Products seeks a temporary stay of discovery pending resolution of the anticipated motion for summary judgment.

- Air Products requests the following briefing schedule for the motion for a temporary stay of discovery:

    1. Opening Brief due October 28, 2025.

    2. Opposition Brief due November 4, 2025.

    3. Reply Brief due November 7, 2025.

Mr. Risley has no objection to the proposed briefing schedule. Notably, the Court recently set a briefing schedule for Mr. Risley's Motion to Compel, which begins and ends one week earlier than the schedule proposed above. Air Products requests guidance on whether the Court would prefer to set aside the schedule for Mr. Risley's Motion to Compel until Air Products' motion for a temporary stay of discovery is decided. Mr. Risley's position is the Motion to Compel schedule should stay in place.

Respectfully,

**DLA Piper LLP (US)**

*/s/ John L. Reed*

John L. Reed
DE. Bar ID. No.: 3023

CC: All counsel of record (via email)