# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR PRODUCTS AND CHEMICALS, INC. and AIR PRODUCTS MANUFACTURING LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>John Carter Risley,<br><br>      Defendant. | C.A. No. 1:24-cv-01182-JLH-CJB |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' *UNOPPOSED* MOTION TO WITHDRAW THEIR AMENDED MOTION
FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

The Court having considered Plaintiffs Air Products And Chemicals, Inc. and Air Products Manufacturing LLC's ("Air Products" or the "Plaintiffs") Unopposed Motion To Withdraw Their Amended Motion For Leave To File Motion For Summary Judgment, hereby GRANTS the Motion To Withdraw. Air Products' Amended Motion For Leave To File Motion For Summary Judgment (D.I. 56) is hereby withdrawn without prejudice.

SO ORDERED this ____ day of December, 2025.

                   _____
                   The Honorable Christopher J. Burke