

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, DE 19801
www.dlapiper.com

John L. Reed
john.reed@us.dlapiper.com
T  302.468.5635
F  302.397.2143

December 29, 2025
*VIA ECF*

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 North King Street, Room 2325
Wilmington, DE 19801-3555

Re:   *Air Products and Chemicals, Inc. et al. v. Risley*, C.A. No. 1:24-cv-01182-JLH-CJB

Dear Judge Burke:

      We represent Plaintiffs Air Products and Chemicals, Inc. ("APCI") and Air Products Manufacturing LLC ("APM" and together, "Air Products"). Pursuant to Paragraph 10 of the Scheduling Order, we write on behalf of Air Products and jointly with Defendant John Carter Risley ("Mr. Risley") to provide the Court "with an interim report on the nature of the matters in issue and the progress of discovery to date." ECF No. 12 ¶ 10.

      On July 10, 2025, the parties each served Requests for Production (RFPs), to which each side responded and objected on August 11, 2025. Also on July 10, 2025, Mr. Risley served a First Set of Interrogatories on Air Products. Air Products responded and objected to Mr. Risley's First Set of Interrogatories on August 11, 2025. On September 5, 2025, Mr. Risley sent Air Products the search parameters he applied to identify documents for review and production. On September 16, 2025, Air Products filed a notice of substitution of counsel and the undersigned entered an appearance on Air Products' behalf. *See* ECF No. 26. Air Products amended its responses and objections to Mr. Risley's First Set of Interrogatories on October 20, 2025.

      On October 21, 2025, Mr. Risley moved to compel Air Products to produce non-privileged documents responsive to his RFP Nos. 5, 9, 15, 16, 17, 18, 19, 20, and 21, and to supplement their responses to Interrogatory Nos. 3, 6, 7, 8, and 10. On October 28, 2025, Air Products opposed Mr. Risley's motion to compel and moved to stay discovery pending Air Products' anticipated summary judgment motion.

      On December 1, 2025, the Court heard oral argument and denied Air Products' stay motion. On December 2, 2025, the Court granted in part and denied in part Mr. Risley's motion to compel, ordering that Air Products supplement their responses to Mr. Risley's Requests for Production Nos. 5, 9, 15, 18, 19, 20, and 21 and Interrogatory Nos. 3, 6, and 10 by December 16, 2025. *See* ECF No. 61 (the "December 2 Order").



The Honorable Christopher J. Burke
Page Two

    Air Products then withdrew its motion for leave to file a motion for summary judgment. *See* ECF Nos. 62 & 63. On December 16, 2025, Air Products served supplemental responses to the RFPs and Interrogatories specified in the Court's December 2 Order.

    Following the Court's December 2 Order, Air Products has also:

- Served Requests for Admission, a First Set of Interrogatories, and a Second Set of Requests for Production of Documents on Mr. Risley. Mr. Risley's responses and objections to those requests are due on January 14, 2026.

- Served third-party subpoenas on World Energy LLC, World Energy Los Angeles, LLC, and AltAir Paramount, LLC (collectively, the "World Energy entities"). The subpoenas seek documents and, solely with respect to World Energy LLC, a Rule 30(b)(6) deposition. Air Products has conferred with the World Energy entities, which have agreed to respond to the subpoenas with any objections by January 16, 2026.

- Noticed a deposition of Mr. Risley for January 28, 2026.

    As of the October 17, 2025 substantial completion deadline, Air Products had produced 97 documents (totaling 1,239 pages), and Mr. Risley had produced 299 documents (totaling 780 pages). On October 31, 2025, Mr. Risley produced an additional 533 documents (totaling 1,799 pages). Since the December 2 Order, neither party has produced additional documents.

    In addition, on December 22, 2025, Air Products sent Mr. Risley a letter concerning his discovery responses and search protocol. Counsel for Mr. Risley stated they will respond when they reasonably can given the Holidays and travel schedules. The parties have no current discovery disputes that are ripe for the Court's intervention. Please let us know if the Court has any questions.

    Respectfully submitted,

    **DLA Piper LLP (US)**

    */s/ John L. Reed*

    John L. Reed
    DE. Bar ID. No.: 3023

CC: All counsel of record (via ECF)